

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/28/22
```

June 28, 2022

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Hobbs v. Littleton Coin Company, Inc.,* Case No. 1:22-cv-02096-VEC

Dear Judge Caproni:

We represent Defendant Littleton Coin Company, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from June 28, 2022 to August 12, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

> Application DENIED. If the parties have reached a settlement in principle, they should notify the Court, at which point the Court will cancel all deadlines and enter a 30-day order. Otherwise, the Initial Pre-Trial Conference and related deadlines will proceed as scheduled.
>
>   SO ORDERED.
>
>   *[signature]*  6/28/22
>
>   HON. VALERIE CAPRONI
>   UNITED STATES DISTRICT JUDGE

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms